## CARROLL v. DEPEW.

(Supreme Court, Appellate Term, First Department. November 8, 1912.)

COURTS (§ 188*)—CITY COURT OF NEW YORK—JURISDICTION.
   The City Court of New York has no jurisdiction of an action for an accounting.

   [Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 439, 440, 442, 447, 448, 451, 452, 454, 458, 464, 465, 467, 468; Dec. Dig. § 188.*]

Appeal from City Court of New York, Trial Term.

Action by Julia C. Carroll against Mitchell Depew. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued October term, 1912, before SEABURY, GUY, and BI-JUR, JJ.

---

John W. Hutchinson, Jr., of New York City, for appellant.
John C. Coleman, of New York City, for respondent.

PER CURIAM. The complaint, as finally amended, stated a cause of action for an accounting, of which the court below had no jurisdiction.

It follows that the judgment should be reversed, with costs, and the complaint dismissed, with costs, without prejudice.